

# Fourth Court of Appeals
## San Antonio, Texas

September 22, 2016

No. 04-16-00502-CR

Antonio R. **FLORES,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR0432
Honorable Sid L. Harle, Judge Presiding

# O R D E R

The trial court has granted appellant's motion for free appellate record. The court reporter has filed a notification of late reporter's record, requesting additional time to file the reporter's record. We grant his request and ORDER him to file the reporter's record on or before November 2, 2016.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of September, 2016.

_____
Keith E. Hottle
Clerk of Court